| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Innovative Objects, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2906068** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2540 South Range Line Road**<br>**Joplin, MO 64804-3245**<br>Number, Street, City, State & ZIP Code<br><br>**Jasper**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Innovative Objects, LLC** _____ Case number (*if known*) _____
      Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor **Innovative Objects, LLC** _____ Case number (*if known*) _____
  *Name*

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Innovative Objects, LLC** _____    Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 8, 2016**
MM / DD / YYYY

**X** /s/ Joe Frazier                              **Joe Frazier**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

**X** /s/ Ronald S. Weiss MO                         Date **September 8, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Ronald S. Weiss MO**
Printed name

**Berman DeLeve Kuchan & Chapman, LLC**
Firm name

**2850 City Center Square**
**1100 Main**
**Kansas City, MO 64105**
Number, Street, City, State & ZIP Code

Contact phone  **(816) 471-5900**      Email address _____

**#21215**
Bar number and State

.

Anthem Blue Cross Blue Shield
Anthem BCBS MO Group
PO Box 105183
Atlanta GA 30348-5183


AT&T Long Distance
PO Box 5017
Carol Stream IL 60197-5017


BKD
910 East St Louis St Ste
PO Box 1190
Joplin MO 64801-1190


Corporate Business Systems
3348 East Cherry Street
Springfield MO 65802


CT Lien Solutions
PO Box 29071
Glendale CA 91209-9071


Culligan of Joplin
423 East 4th  Ste A
Joplin MO 64801


Field Compliance Bureau
149 Park Central Square  Rm 328
Springfield MO 65806-1368


GMNE Technologies, LLC
3531 P Street NW
PO Box 1525
Miami OK 74355


Grundy Land Group LLC
c/o Bryan O. Wade
901 St Louis Street  Ste 1800
Springfield MO 65806


Grundy Land Group LLC
7462 East 7th
PO Box 397
Duenweg MO 64841

```
Russ Grundy
7462 East 7th
PO Box 397
Duenweg MO 64841


Russell Grundy
c/o Bryan O. Wade
901 St Louis Street Ste 1800
Springfield MO 65806


David C. Hayes
5079 East Farm Road 122
Springfield MO 65802


Jasper County Collector
PO Box 421
Carthage MO 64836-0421


Land O'Lakes Inc.
4001 Lexington Avenue N
Arden Hills MN 55126


Liberty Bank
4625 South National
Springfield MO 65810


Lowther Johnson
Lee Viorel
901 East St Louis Street  20th Fl
Springfield MO 65806


Miami Nation Enterprises
3531 P Street NW
Miami OK 74354


Missouri Gas Energy
PO Box 219255
Kansas City MO 64121


People's Bank of Seneca
5034 Highway 43
Joplin MO 64804
```

```
RLG
Russ Grundy
7462 East 7th
PO Box 397
Duenweg MO 64841


Russ Grundy Holdings LLC
c/o Bryan O. Wade
901 St Louis Street Ste 1800
Springfield MO 65806


Kimberly Stone at UMB
1008 Oak Street
Kansas City MO 64108


UMB Bank
Card Services
PO Box 875852
Kansas City MO 64187-5852


UMB Bank
1008 Oak Street
Kansas City MO 64108


United Missouri Bank
1027 South Main Street  Ste 340
Joplin MO 64801


USA Print
311 East 7th Street  Ste A
Joplin MO 64801


WEBBANK
6440 South Wasatch Blvd Ste 300
Salt Lake City UT 84121
```

# United States Bankruptcy Court
## Western District of Missouri

In re  **Innovative Objects, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **September 8, 2016**

**/s/ Joe Frazier**
**Joe Frazier/Manager**
Signer/Title