Fill in this information to identify the case:

Debtor name __Innovative Objects, LLC__

United States Bankruptcy Court for the: __Chapter 11__   District of __Missouri__
(State)

Case number (if known): __16-20446__

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's Interest

2. Cash on hand     $ ($50,881.66)

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | UMB Bank, N.A. | Checking | 2 2 9 0 | $ 0.00 |
   | 3.2. | | | | $ |

4. Other cash equivalents *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. Total of Part 1     $ ($50,881.66)
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor  **Innovative Objects, LLC**            Case number (if known) __16-20446__
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Earl Jeffries Tower Prepaid Rent .................................................................................. $ 12,319.38

8.2. _____ $ _____

**9. Total of Part 2.**                                                                                                  $ 12,319.38
Add lines 7 through 8. Copy the total to line 81.

---

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

                                                                                            Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:   $182,880.40  –  _____  = ......→   $ 182,880.40
                           face amount       doubtful or uncollectible accounts

11b. Over 90 days old:      $135,392.02  –  $29,955.64             = ......→   $ 105,436.38
                           face amount       doubtful or uncollectible accounts

**12. Total of Part 3**                                                                                                  $ 288,316.80
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

                                                            Valuation method              Current value of debtor's
                                                            used for current value        interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**                                                                                                  $ _____
Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 2

Debtor    Innovative Objects, LLC                          Case number (if known)  16-20446
          Name

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical Inventory | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|---|
| 19. Raw materials | MM / DD / YYYY | $ | | $ |
| 20. Work in progress | MM / DD / YYYY | $ | | $ |
| 21. Finished goods, including goods held for resale | | | | |
| Please see attached inventory listing | 07/31/16 MM / DD / YYYY | $ 46,383.94 | Cost | $ 46,383.94 |
| 22. Other inventory or supplies | MM / DD / YYYY | $ | | $ |

23. Total of Part 5                                                                                 $  46,383.94
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - ☒ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☒ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☒ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ |

Debtor  Innovative Objects, LLC  
Name

Case number (if known) 16-20446

33. **Total of Part 6.**
   Add lines 28 through 32. Copy the total to line 85.

   $ _____

34. **Is the debtor a member of an agricultural cooperative?**
   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| Furniture | $ 129,461.62 | Cost less Depr | $ 129,461.62 |
| 40. Office fixtures | | | |
| | $ _____ | _____ | $ _____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Equipment | $ 382,764.93 | Cost less Depr | $ 382,764.93 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   $ 512,226.55

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor   Innovative Objects, LLC                      Case number (if known) 16-20446

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2001 Dodge Trailer Vin 1DCS10191M044617 | $ 0.00 | Cost less Depr | $ 0.00 |
| 47.2  2001 FRHT VAN VIN #1FVABPBV11HH67889 | $ 7,087.71 | Cost less Depr | $ 7087.71 |
| 47.3  1999 ACT UTILI VIN# 45XDBO819XAC064 | $ 0.00 | Cost less Depr | $ 0.00 |
| 47.4  1965 AVIO CAMP 240228 | $ 12,182.78 | Cost less Depr | $ 12,182.78 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $ _____  _____  $ _____
48.2 _____  $ _____  _____  $ _____

**49. Aircraft and accessories**

49.1 _____  $ _____  _____  $ _____
49.2 _____  $ _____  _____  $ _____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $ _____  _____  $ _____

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                               $ 19,270.49

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor __Innovative Objects, LLC__    Case number (if known) __16-20446__
         Name

### Part 9: Real property

54. Does the debtor own or lease any real property?
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property. Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $ _____

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☐ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 10: Intangibles and Intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☐ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets _____ | $_____ | _____ | $_____ |
| 61. Internet domain names and websites _____ | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties _____ | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations _____ | $_____ | _____ | $_____ |
| 64. Other intangibles, or intellectual property _____ | $_____ | _____ | $_____ |
| 65. Goodwill  blu20 Goodwill | $ 135,000 | _____ | $ 135,000 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.      $ 135,000

Debtor    Innovative Objects, LLC                                        Case number (if known) 16-20446
           Name

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

                                                                                        Current value of
                                                                                        debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ — _____  =→  $_____
                                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____

73. **Interests in insurance policies or annuities**
    _____                                             $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Innovative Objects, LLC vs I3 Technology                                             $ 12,394.25
    Nature of claim      Breach of Contract
    Amount requested    $ 12,394.25

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    Please see attached litigation listing                                               $ Unknown
    Nature of claim      _____
    Amount requested    $ Unknown

76. **Trusts, equitable or future interests in property**
    _____                                             $_____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership
    _____                                             $_____
    _____                                             $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property                page 7

Debtor __Innovative Objects, LLC__     Case number (if known) __16-20446__
       Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 12,319.80 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 288,316.80 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 46,383.94 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 512,226.55 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 19,270.49 | |
| 88. Real property. *Copy line 56, Part 9.* ............→ | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 135,000 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column............ 91a. | $ 1,013,517.58  + 91b. | $ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ........................................................ $ 1,013,517.58

Foot Notes for Schedule A/B: Assets – Real and Personal Property

1. Part 1: Cash and cash equivalents:
    a. #2 Cash on hand
        i. We have petty cash with a value of $20.00, this is used for all the divisions.
    b. #3 Checking, savings, money market, or financial brokerage accounts
        i. There is one operating account under GMNE which all deposits and disbursement occur for Innovative Objects, LLC and blu20. A line of credit is tied to the operating bank account and therefor, cash balance remaining is applied to the outstanding balance with a sweep each night. Due to the sweep the cash balance is always $0.00.
2. Part 2: Deposits and prepayments
    a. #8 Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent.
        i. Innovative Objects, LLC prepaid for rent on the Earl Jeffries Tower with repairs totaling $21,650. Please see attached a copy of the contract agreement.
        ii. Rent, possession, and counter claims

Fill in this information to identify the case:

Debtor name: __Innovative Objects, LLC__

United States Bankruptcy Court for the: __Chapter 11 Bankruptcy__   District of __Missouri__
(State)

Case number (if known): __16-20446__

☐ Check if this is an amended filing.

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name: Miami Nation Enterprises<br>Creditor's mailing address: 3531 P. Street NW, Miami, OK 74354<br>Creditor's email address, if known: jfrazier@mn-e.com<br>Date debt was incurred: 5/31/14 to 9/8/16<br>Last 4 digits of account number: ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien: All of Borrowers assets used in its business, all of borrowers leases and leasehold interests used in its business, and all of the membership interests<br>Describe the lien:<br>Is the creditor an insider or related party?<br>☐ No ☒ Yes<br>Is anyone else liable on this claim?<br>☒ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent ☐ Unliquidated ☐ Disputed | $ 5,810,000.00 | $ Unknown |
| **2.2** Creditor's name: UMB Bank, N.A.<br>Creditor's mailing address: PO Box 419734, Kansas City, MO 64141-6734<br>Creditor's email address, if known:<br>Date debt was incurred: 8/1/16-9/8/16<br>Last 4 digits of account number: 1 1 0 3<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines ___ | Describe debtor's property that is subject to a lien: Unknown, waiting on response from the bank<br>Describe the lien:<br>Is the creditor an insider or related party?<br>☒ No ☐ Yes<br>Is anyone else liable on this claim?<br>☒ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent ☐ Unliquidated ☐ Disputed | $ 89,138.77 | $ Unknown |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $ __5,899,138.77__

Debtor _____  Case number (if known) _____
     Name

## Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name
    Corporate Business Solutions

Describe debtor's property that is subject to a lien
    SmartSeach Licenses and support    $ 9,153    $ 9,153

Creditor's mailing address
    3348 East Cherry Street
    Springfield, MO 65802

Describe the lien
    Software

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    1/3/2014
Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name
    Corporate Business Solutions

Describe debtor's property that is subject to a lien
    Kyocera/M6526 Copier    $ 2,048.79    $ 2,048.79

Creditor's mailing address
    3348 East Cherry Street
    Springfield, MO 65802

Describe the lien
    Copier lease agreement

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    4/15/2014
Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page __2__ of __2__

Fill in this information to identify the case:

Debtor: Innovative Objects, LLC
United States Bankruptcy Court for the: Chapter 11    District of Missouri (State)
Case number (if known): 16-20446

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address: Grundy Land Group, LLC, 7462 E 7th Street, Duenweg, MO 64841 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☒ Disputed | $ Unknown | $ Unknown |
| Date or dates debt was incurred: 12/31/14 | Basis for the claim: Rent and possession | | |
| Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset? ☒ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |
| **2.2** Priority creditor's name and mailing address: | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☒ Disputed | $ | $ |
| Date or dates debt was incurred: | Basis for the claim: | | |
| Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset? ☐ No  ☒ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |
| **2.3** Priority creditor's name and mailing address: | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred: | Basis for the claim: | | |
| Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset? ☐ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 1

**Debtor** Innovative Objects, LLC    Case number (if known) 16-20446

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Bill's Electric, Inc.
PO Box 707
Webb City, MO 64870

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Work signed off on by Grundy

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.2** Nonpriority creditor's name and mailing address
Bug-A-Way Termite & Pest Control
PO Box 396
Seneca, MO 64865

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Breach of Contract

Date or dates debt was incurred: 9/2/16
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 40.00

**3.3** Nonpriority creditor's name and mailing address
Java Dave's
PO Box 581238
Tulsa, OK 74158-1238

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Final Bill, serviced cancelled

Date or dates debt was incurred: 9/7/16
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 89.26

**3.4** Nonpriority creditor's name and mailing address
Federal Protection, Inc
2500 N Airport Comerce Drive
Springfield, MO 65803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Breach of Contract

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.5** Nonpriority creditor's name and mailing address
Satterlee
PO Box 730
Joplin, MO 64802

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: For services completed

Date or dates debt was incurred: 9/1/16
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,490.74

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Debtor | Innovative Objects, LLC | Case number (if known) | 16-20446 |
|---|---|---|---|
| | Name | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ _____ |
| 5b. Total claims from Part 2 | 5b. + | $ Unknown |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ Unknown |

Fill in this information to identify the case:

Debtor name  Innovative Objects, LLC

United States Bankruptcy Court for the: Chapter 11    District of  Missouri
(State)

Case number (if known):  16-20446    Chapter  11

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 2340 S Range Line Building Lease<br>Rent Payments | Grundy Land Group, LLC<br>7462 E 7th Street<br>Duenweg, MO 64841 |
| | State the term remaining | 15yrs 3months | |
| | List the contract number of any government contract | N/A | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Tower lease agreement<br>Lease Payments | Earl T. Jefferies Jr.<br>6947 E 20th Street<br>Joplin, MO 64801 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | N/A | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SmartSeach Licenses and support | Corporate Business Solutions<br>3348 East Cherry Street<br>Springfield, MO 65802 |
| | State the term remaining | 27 months | |
| | List the contract number of any government contract | N/A | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Elevator Maintance Contract | ThyssenKrupp Elevator Corporation<br>5247 N 23rd Street<br>Ozark, MO 65721 |
| | State the term remaining | 42 months | |
| | List the contract number of any government contract | N/A | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Kyocera Copier Lease<br>Lease Payments or Copier | Corporate Business Solutions<br>3348 East Cherry Street<br>Springfield, MO 65802 |
| | State the term remaining | 31 months | |
| | List the contract number of any government contract | N/A | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of 2

Case 16-30446-can11 Doc 52 Filed 10/21/16 Entered 10/21/16 15:59:06 Desc Main
Document Page 16 of 16

Debtor  Innovative Objects, LLC                              Case number (if known) 16-20446
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2._ State what the contract or lease is for and the nature of the debtor's interest | Building lease in Arkansas<br>Repairs | J Street Partners, LLC<br>802 SE Plaza Ave, Ste 104<br>Bentonville, AR 72712 |
| State the term remaining | Term Compele | |
| List the contract number of any government contract | N/A | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  page 2 of 2