Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Innovative Objects, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | **16-30446-11** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Anthem Blue Cross Blue Shield** Anthem BCBS MO Group PO Box 105183 Atlanta, GA 30348-5183 | | Insurance premiums | | | | $16,532.84 |
| **BKD** 910 East St Louis St Ste PO Box 1190 Joplin, MO 64801-1190 | | Trade debt | | | | $5,830.00 |
| **Culligan of Joplin** 423 East 4th Ste A Joplin, MO 64801 | | Trade debt | | | | $91.97 |
| **Field Compliance Bureau** 149 Park Central Square Rm 328 Springfield, MO 65806-1368 | | Sales Tax - estimated | | | | $20,000.00 |
| **Grundy Land Group LLC** 7462 East 7th PO Box 397 Duenweg, MO 64841 | | Accrued Rent | | | | $450,000.00 |
| **Russ Grundy** 7462 East 7th PO Box 397 Duenweg, MO 64841 | | Due to/from Russ | | | | $295,416.20 |
| **Russ Grundy** 7462 East 7th PO Box 397 Duenweg, MO 64841 | | Loan | | | | $4,300.00 |

Debtor **Innovative Objects, LLC**　　　Case number *(if known)* **16-30446-11**
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David C. Hayes<br>5079 East Farm Road 122<br>Springfield, MO 65802 | | Distributions | | | | $18,755.31 |
| Jasper County Collector<br>PO Box 421<br>Carthage, MO 64836-0421 | | Real Estate Tax | | | | $89,559.93 |
| Miami Nation Enterprises<br>3531 P Street NW<br>Miami, OK 74354 | | Accrued interest to MNE | | | | $467,831.26 |
| Miami Nation Enterprises (MNE)<br>3531 P Street NW<br>Miami, OK 74354 | | Accrued distributions MNE | | | | $243,818.99 |
| Missouri Gas Energy<br>P.O. Box 2<br>Saint Louis, MO 63171-0002 | | Utility | | | | $164.75 |
| People's Bank of Seneca<br>5034 Highway 43<br>Joplin, MO 64804 | | Secured by collateral of non-debtor | Contingent | | | $18,308.63 |
| People's Bank of Seneca<br>5034 Highway 43<br>Joplin, MO 64804 | | Secured by collateral of non-debtor | Contingent | | | $123,171.00 |
| RLG<br>Russ Grundy<br>7462 East 7th<br>PO Box 397<br>Duenweg, MO 64841 | | Loan | | | | $162,621.78 |
| UMB Bank Card Services<br>PO Box 875852<br>Kansas City, MO 64187-5852 | | Unpaid Credit Card Charges | | | | $68,041.97 |
| United Missouri Bank<br>1027 South Main Street  Ste 340<br>Joplin, MO 64801 | | Signed security agreement - secured by collateral of non-debtor 3-6-2015 | Contingent | | | $3,000,000.00 |
| United Missouri Bank<br>1027 South Main Street  Ste 340<br>Joplin, MO 64801 | | Signed security agreement - secured by collateral of non-debtor | Contingent | | | $586,761.70 |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 2

| Debtor | **Innovative Objects, LLC** | | Case number *(if known)* | **16-30446-11** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Missouri Bank**<br>**1027 South Main Street Ste 340**<br>**Joplin, MO 64801** | | **Signed security Agreement - secured by collateral of non-debtor 6-2-2015** | **Contingent** | | | $569,125.37 |
| **USA Print**<br>**311 East 7th Street Ste A**<br>**Joplin, MO 64801** | | **Printing services** | | | | $189.50 |